IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSARIO FRANCESCHI-VÁZQUEZ,<br><br>**Plaintiff**,<br><br>v.<br><br>CVS PHARMACY,<br><br>**Defendant**. | **Civil No.** 14-1694 (FAB) |

**JUDGMENT**

In accordance with the OPINION AND ORDER entered today (Docket No. 40), plaintiff Franceschi's ADEA and Puerto Rico law claims are **DISMISSED WITH PREJUDICE.**

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, April 27, 2016.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE